RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Enrique Murillo-Zarate

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE MURILLO-ZARATE,<br><br>Defendant. | 2:14-cr-098-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING DATE**<br><br>(Sixth Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Robert A. Bork, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for ENRIQUE MURILLO-ZARATE, that the revocation hearing currently scheduled for Monday, June 8, 2015 at the hour of 10:00 a.m., be vacated and set to a date and time convenient to this Court.

    This Stipulation is entered into for the following reasons:

    1.    This revocation has been continued several times to trail defendant's case in 2:14-cr-062-HDM-GWF pending before the Honorable Howard D. McKibben. The violation alleged in the instant revocation petition is based upon this new offense conduct.

///

///

1

2. On June 3, 2015, Judge McKibben continued the sentencing in the new case in order to permit defense counsel to obtain mitigation documents in support of defendant's Sentencing Memorandum (CR 34). The sentencing hearing has been continued to Wednesday, July 22, 2015.

3. The parties request that the instant revocation be scheduled after the sentencing in the new case.

4. The defendant is incarcerated and agrees to the continuance in this matter.

5. This is the sixth request for continuance filed herein.

DATED this 5th day of June, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL BOGDEN<br>United States of Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By: _____<br>RAQUEL LAZO,<br>Assistant Federal Public Defender | */s/ Robert A. Bork*<br>By: _____<br>ROBERT A. BORK,<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE MURILLO-ZARATE,<br><br>Defendant. | 2:14-cr-098-JCM-PAL<br><br>**ORDER** |

**ORDER**

IT IS FURTHER ORDERED that the revocation hearing currently scheduled for Monday, June 8, 2015, at the hour of 10:00 a.m., be vacated and set to July 27, 2015 at the hour of 10:00 a.m.

DATED June 5, 2015.

_____
UNITED STATES DISTRICT JUDGE

3